Bernice Kaptain, Plaintiff-Appellant, v. Ollie Over-gaard, and Leyden Motor Coach Company, Defendants-Appellees.

**Gen. No. 11,185.**

Second District, First Division.

November 26, 1958.

Released for publication December 12, 1958.

Fred Lam-bruschi, and Caliendo & Connor (Fred Lambruschi, Herbert P. Veldenz, and Vera E. Cuthbert, of counsel) for plaintiff-appellant; Gates W. Clancy (Robert C. Jenkins, and Paul A. McLennon, of counsel) for Leyden Motor Coach Company, defendant-appellee; Beverly & Pause, and William S. Dunning (William S. Dunning, of counsel) for Ollie Overgaard, defendant-appellee. Opinion by JUSTICE McNEAL. **Not to be published in full.**